IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM FUELBERTH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GODFATHER'S PIZZA, INC.,<br><br>Defendant. | Case No. 8:22-cv-00195<br><br><br>DEFENDANT'S<br>NOTICE OF SERVICE |

COMES NOW the Defendant, Godfather's Pizza, Inc., and provides notice to the Court and to Plaintiff that on May 4, 2023, it provided Plaintiff with the names, last known home and work addresses, and email addresses of potential opt-in plaintiffs, pursuant to the Court's Order dated April 20, 2023, by sending the same via email to Plaintiff, by and through his attorney, Josh Sanford at josh@sanfordlawfirm.com.

Dated May 4, 2023.

                                                  GODFATHER'S PIZZA, INC.,
                                                  Defendant

                By:    s/ Sydney M. Huss
                        Tara A. Stingley (#23243)
                        Sydney M. Huss (#26581)
                        CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.
                        Sterling Ridge
                        12910 Pierce Street, Suite 200
                        Omaha, NE 68144
                        (402) 397-1700
                        tstingley@clinewilliams.com
                        shuss@clinewilliams.com
                        *Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

    I, Tara A. Stingley, hereby certify that on this 4th day of May, 2023, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to the following:

    Josh Sanford
    josh@sanfordlawfirm.com

                                        s/ Sydney M. Huss