WILLIAM FUELBERTH, Individually and
on Behalf of All Others Similarly Situated                                    PLAINTIFF

vs.                                    No. 8:22-cv-195

GODFATHER'S PIZZA, INC.                                                       DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Noah_ (signature)
SIGNATURE

Noah Daniel Grice
PRINTED NAME

Date: 5-31-2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023**

WILLIAM FUELBERTH, Individually and on Behalf of All Others Similarly Situated          PLAINTIFF

vs.                    No. 8:22-cv-195

GODFATHER'S PIZZA, INC.                    DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Brad Mathewson
PRINTED NAME

Date: JUNE 1st, 2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023**