**WILLIAM FUELBERTH, Individually and**
**on Behalf of All Others Similarly Situated**                    **PLAINTIFF**

vs.                                      No. 8:22-cv-195

**GODFATHER'S PIZZA, INC.**                                  **DEFENDANT**

### CONSENT TO JOIN COLLECTIVE ACTION

      I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Dylan Araujo_____
PRINTED NAME

Date: 05 / 25 / 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023**

**WILLIAM FUELBERTH, Individually and**
**on Behalf of All Others Similarly Situated**                    **PLAINTIFF**

vs.                              No. 8:22-cv-195

**GODFATHER'S PIZZA, INC.**                              **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

     I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Brian Avalos_____
PRINTED NAME

Date: 5-24-2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023**

**WILLIAM FUELBERTH, Individually and**
**on Behalf of All Others Similarly Situated**                    **PLAINTIFF**

vs.                                      No. 8:22-cv-195

**GODFATHER'S PIZZA, INC.**                              **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_Alex Carey_
SIGNATURE

Alex Leland Carey
PRINTED NAME

Date: 05/25/23



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023**

**WILLIAM FUELBERTH, Individually and**
**on Behalf of All Others Similarly Situated**                              **PLAINTIFF**

VS.                                        No. 8:22-cv-195

**GODFATHER'S PIZZA, INC.**                                **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2,
2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for
unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by
Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication
by the Court.

SIGNATURE

Louis J Hacker
PRINTED NAME

Date:  5 - 25 - 2025

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023**

WILLIAM FUELBERTH, Individually and                                    **PLAINTIFF**
on Behalf of All Others Similarly Situated


vs.                                        No. 8:22-cv-195


**GODFATHER'S PIZZA, INC.**                                            **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

      I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Ryan Loye_____
PRINTED NAME

Date: 5-23-23

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023**

**WILLIAM FUELBERTH, Individually and**                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                        No. 8:22-cv-195

**GODFATHER'S PIZZA, INC.**                               **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Samuel J Peterson
PRINTED NAME

Date: 5/23/23



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023**

WILLIAM FUELBERTH, Individually and
on Behalf of All Others Similarly Situated                                    **PLAINTIFF**

VS.                                          No. 8:22-cv-195

GODFATHER'S PIZZA, INC.                                                        **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2,
2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for
<u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by
Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication
by the Court.

SIGNATURE

Edward Anthony Walbrecht
PRINTED NAME

Date: 5/23/2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

## IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023