**WILLIAM FUELBERTH, Individually and**                                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                                            No. 8:22-cv-195

**GODFATHER'S PIZZA, INC.**                                    **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_T'Challa Wayne Berg_
SIGNATURE

T'Challa Wayne Berg
PRINTED NAME

Date: 06/06/2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

## IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023

PLAINTIFF

WILLIAM FUELBERTH, Individually and
on Behalf of All Others Similarly Situated

No. 8:22-cv-195

VS.

DEFENDANT

GODFATHER'S PIZZA, INC.

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

SIGNATURE

Michael Anthony Miller
PRINTED NAME

Date: 06/06/23



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023

WILLIAM FUELBERTH, Individually and
on Behalf of All Others Similarly Situated
PLAINTIFF

VS.

No. 8:22-cv-195

GODFATHER'S PIZZA, INC.
DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Tamara Schwid_
SIGNATURE

Tamara Schwid
PRINTED NAME

Date: 6.7.2023



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

## IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023

WILLIAM FUELBERTH, Individually and
on Behalf of All Others Similarly Situated

PLAINTIFF

vs.

No. 8:22-cv-195

GODFATHER'S PIZZA, INC.

DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

James Dean Soderholm
PRINTED NAME

Date: 6-7-23



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023**

**WILLIAM FUELBERTH, Individually and**                                    **PLAINTIFF**
**on Behalf of All Others Similarly Situated**


vs.                                                      No. 8:22-cv-195


**GODFATHER'S PIZZA, INC.**                                          **DEFENDANT**

## <u>CONSENT TO JOIN COLLECTIVE ACTION</u>

       I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.



_____
SIGNATURE

Christopher Kollar
PRINTED NAME


Date: June 14, 2023


**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**


**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023**