WILLIAM FUELBERTH, Individually and
on Behalf of All Others Similarly Situated                          PLAINTIFF

vs.                                      No. 8:22-cv-195

GODFATHER'S PIZZA, INC.                                             DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

      I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_Trenea Starks_
SIGNATURE

Trenea Starks
PRINTED NAME

Date: 06-21-2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023**