WILLIAM FUELBERTH, Individually and on Behalf of All Others Similarly Situated         PLAINTIFF

vs.                    No. 8:22-cv-195

**GODFATHER'S PIZZA, INC.**         DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Anthony Palazzola
PRINTED NAME

Date: 7-3-23



Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com



**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023**