WILLIAM FUELBERTH, Individually and on Behalf of All Others Similarly Situated     **PLAINTIFF**

vs.     No. 8:22-cv-195

GODFATHER'S PIZZA, INC.     **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Spencer Jonas* (signature)
SIGNATURE

Spencer Jonas
PRINTED NAME

Date: 07/05/2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023**

WILLIAM FUELBERTH, Individually and  PLAINTIFF
on Behalf of All Others Similarly Situated

vs.  No. 8:22-cv-195

GODFATHER'S PIZZA, INC.  DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Christian Kjeldgaard
PRINTED NAME

Date: 1- July - 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023**