WILLIAM FUELBERTH, Individually and on Behalf of All Others Similarly Situated     PLAINTIFF

vs.     No. 8:22-cv-195

GODFATHER'S PIZZA, INC.     DEFENDANT

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid wages. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

_____
SIGNATURE

Thomas Nastase
PRINTED NAME

Date: July 30 2023

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (888) 615-4946
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023**

**WILLIAM FUELBERTH, Individually and**            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

vs.                            No. 8:22-cv-195

**GODFATHER'S PIZZA, INC.**            **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as a Delivery Driver by Godfather's Pizza, Inc., on or after June 2, 2019. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

*Andrea Manganaro*
SIGNATURE

Andrea Manganaro
PRINTED NAME

Date: 06.27.2023



**Josh Sanford, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Pkwy, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (888) 615-4946**
**Facsimile: (888) 787-2040**
**josh@sanfordlawfirm.com**

**IMPORTANT: RETURN FOR FILING BEFORE AUGUST 7, 2023**

Document Ref: TPUFX-SGFM3-S74VA-RKFFA