IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM FUELBERTH, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> GODFATHER'S PIZZA, INC., <br><br> Defendant. | Case No. 8:22-cv-00195 <br><br> JOINT MOTION TO STAY PROCEEDINGS |

COME NOW the Plaintiffs William Fuelberth, Anthony Robert Cook, Ethan Bradley Brownell, William E. Donlan, Rebecca Holmes, Sara G. Hovorka, Christian Ramos, Jordan Schnider, Dylan Thomas, Halee Williams, Aaron Lyle Wilson, Noah Daniel Grice, Brad Mathewson, Dylan Araujo, Brian Avalos, Alex Leland Carey, Louis J. Hacker, Ryan Loye, Samuel J. Peterson, Edward Anthony Walbrecht, T'Challa Wayne Berg, Michael Anthony Miller, Tamara Schwid, James Dean Soderholm, Christopher Kollar, Gage Michael Kreeger-Collier, Amber Burbridge, Trenea Starks, Anthony Palazzola, Spencer Jonas, Christian Kjeldgaard, Melissa Spear, Joel Pattie, Guy Robert Brown II, Brandon L. Hopkins, Courtney James Schenk, Todd Taylor, Thomas Nastase, and Andrea Manganaro (collectively, the "Plaintiffs"), and Defendant Godfather's Pizza, Inc. ("Godfather's Pizza"), by and through their respective counsel, and jointly move this Court to stay the *Second Amended Final Progression Order [46]* and all deadlines in this case, to allow the parties to discuss potential resolution. In support thereof, the parties jointly state as follows:

1. The parties have exercised due diligence in the timely progression of this case, and they continue to discuss and work toward the production of certain information for purposes of evaluating whether the parties wish to engage in settlement discussions and/or mediation.

2. The parties have agreed to discuss potential resolution of this matter following completion of limited provisional discovery, including the production of additional information and documents.

3. In the interest of preserving judicial resources, the parties respectfully request this Court stay the *Second Amended Final Progression Order [46]* and all deadlines in this case, to allow the parties to complete this process and to discuss potential resolution, until the outcome of such potential resolution.

4. No party will be prejudiced by the requested stay. Rather, the requested relief will enable the parties to address their issues outside of the Court and to simultaneously preserve this Court's time and resources.

WHEREFORE, for the reasons set forth above, the parties respectfully and jointly move the Court to stay the *Second Amended Final Progression Order [46]* and all deadlines in this case.

*Jointly submitted by*:

WILLIAM FUELBERTH, ANTHONY ROBERT COOK, ETHAN BRADLEY BROWNELL, WILLIAM E. DONLAN, REBECCA HOLMES, SARA G. HOVORKA, CHRISTIAN RAMOS, JORDAN SCHNIDER, DYLAN THOMAS, HALEE WILLIAMS, AARON LYLE WILSON, NOAH DANIEL GRICE, BRAD MATHEWSON, DYLAN ARAUJO, BRIAN AVALOS, ALEX LELAND CAREY, LOUIS J. HACKER, RYAN LOYE, SAMUEL J. PETERSON, EDWARD ANTHONY WALBRECHT, T'CHALLA WAYNE BERG, MICHAEL ANTHONY MILLER, TAMARA SCHWID, JAMES DEAN SODERHOLM, CHRISTOPHER KOLLAR, GAGE MICHAEL KREEGER-COLLIER, AMBER BURBRIDGE, TRENEA STARKS, ANTHONY PALAZZOLA, SPENCER JONAS, CHRISTIAN KJELDGAARD, MELISSA SPEAR, JOEL PATTIE, GUY ROBERT BROWN II, BRANDON L. HOPKINS, COURTNEY JAMES SCHENK, TODD TAYLOR, THOMAS NASTASE, AND ANDREA MANGANARO, Plaintiffs

|       |       |
|-------|-------|
| By:   | /s/ Josh Sanford |

      Josh Sanford (Ark. Bar No. 2001037)
      SANFORD LAW FIRM, PLLC
      Kirkpatrick Plaza
      10800 Financial Centre Pkwy, Suite 510
      Little Rock, Arkansas 72211
      Telephone: (800) 615-4946
      Facsimile: (888) 787-2040
      josh@sanfordlawfirm.com
      *Attorney for Plaintiffs*

      *- and -*

      GODFATHER'S PIZZA, INC., Defendant

By:  /s/ Tara A. Stingley
      Tara A. Stingley (#23243)
      Sydney M. Huss (#26581)
      CLINE WILLIAMS WRIGHT
      JOHNSON & OLDFATHER, L.L.P.
      Sterling Ridge
      12910 Pierce Street, Suite 200
      Omaha, NE 68144
      (402) 397-1700
      tstingley@clinewilliams.com
      shuss@clinewilliams.com
      *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

  I, Tara A. Stingley, hereby certify that on this 6th day of June, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to the following:

  Josh Sanford
  josh@sanfordlawfirm.com

             /s/ Tara A. Stingley