# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WILLIAM FUELBERTH, Individually and on Behalf of All Others Similarly Situated;** | |
| **Plaintiff,** | **8:22CV195** |
| vs. | **ORDER** |
| **GODFATHER'S PIZZA, INC.,** | |
| **Defendant.** | |

This matter is before the Court on the Joint Motion to Stay Proceedings (Filing No. 50). Counsel request a stay of this case while they direct their efforts towards resolution of the underlying issues and settlement of this case. Accordingly,

**IT IS ORDERED:**

1. The Joint Motion to Stay Proceedings (Filing No. 50) is granted.
2. This case is stayed pending the parties' efforts towards settlement.
3. On or before **July 8, 2024**, and every thirty days thereafter, the parties shall file a joint report regarding the status of their efforts to resolve the underlying issues and settlement of this case, including whether the parties believe the stay should continue or be lifted.

Dated this 7th day of June, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge