IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM FUELBERTH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GODFATHER'S PIZZA, INC.,<br><br>Defendant. | Case No. 8:22-cv-00195<br><br>DEFENDANT'S NOTICE OF SERVING SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFF DYLAN ARAUJO'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS |

COMES NOW the Defendant Godfather's Pizza, Inc., pursuant to NECivR 34.1, and hereby provides notice to the Court and to Plaintiffs and that on August 16, 2024, it served Defendant's Supplemental Objections and Responses to Plaintiff Dylan Araujo's First Set of Requests for Production of Documents by sending the same, via email, to Plaintiff by and through his attorney of record, Josh Sanford at josh@sanfordlawfirm.com.

Dated this 16th day of August, 2024.

                                            GODFATHER'S PIZZA, INC., Defendant

By:    s/ Sydney M. Huss
          Tara A. Stingley (#23243)
          Sydney M. Huss (#26581)
          CLINE WILLIAMS WRIGHT
          JOHNSON & OLDFATHER, L.L.P.
          Sterling Ridge
          12910 Pierce Street, Suite 200
          Omaha, NE 68144
          (402) 397-1700
          tstingley@clinewilliams.com
          shuss@clinewilliams.com
          *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    I, Sydney M. Huss, hereby certify that on August 16, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

Josh Sanford
josh@sanfordlawfirm.com
*Attorney for Opt-In Plaintiff Dylan Araujo*

                                                                 s/ Sydney M. Huss