IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM FUELBERTH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GODFATHER'S PIZZA, INC.,<br><br>Defendant. | Case No. 8:22-cv-00195<br><br>DEFENDANT'S NOTICE OF SERVING DISCOVERY REQUESTS |

COMES NOW the Defendant Godfather's Pizza, Inc., pursuant to NECivR 33.1, 34.1, and 36.1 and hereby provides notice to the Court and to Plaintiffs that on August 19, 2024, it served Defendants' First Set of Interrogatories to Plaintiffs, First Set of Requests for Production of Documents to Plaintiffs, and First Set of Requests for Admissions to Plaintiffs by sending the same, via email, to Plaintiffs by and through their attorney of record, Josh Sanford at josh@sanfordlaw.com.

Dated this 19th day of August, 2024.

                                            GODFATHER'S PIZZA, INC., Defendant

                      By:   s/ Tara A. Stingley
                             Tara A. Stingley (#23243)
                             Sydney M. Huss (#26581)
                             CLINE WILLIAMS WRIGHT
                             JOHNSON & OLDFATHER, L.L.P.
                             Sterling Ridge
                             12910 Pierce Street, Suite 200
                             Omaha, NE 68144
                             (402) 397-1700
                             tstingley@clinewilliams.com
                             shuss@clinewilliams.com
                             *Attorneys for Defendant*

2

**CERTIFICATE OF SERVICE**

    I, Tara A. Stingley, hereby certify that on August 19, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

    Josh Sanford
    josh@sanfordlawfirm.com
    *Attorney for Plaintiffs*

                                              s/ Tara A. Stingley