IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM FUELBERTH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GODFATHER'S PIZZA, INC.,<br><br>Defendant. | Case No. 8:22-cv-00195<br><br>THIRD JOINT STATUS REPORT |

COME NOW the Plaintiffs William Fuelberth, Anthony Robert Cook, Ethan Bradley Brownell, William E. Donlan, Rebecca Holmes, Sara G. Hovorka, Christian Ramos, Jordan Schnider, Dylan Thomas, Halee Williams, Aaron Lyle Wilson, Noah Daniel Grice, Brad Mathewson, Dylan Araujo, Brian Avalos, Alex Leland Carey, Louis J. Hacker, Ryan Loye, Samuel J. Peterson, Edward Anthony Walbrecht, T'Challa Wayne Berg, Michael Anthony Miller, Tamara Schwid, James Dean Soderholm, Christopher Kollar, Gage Michael Kreeger-Collier, Amber Burbridge, Trenea Starks, Anthony Palazzola, Spencer Jonas, Christian Kjeldgaard, Melissa Spear, Joel Pattie, Guy Robert Brown II, Brandon L. Hopkins, Courtney James Schenk, Todd Taylor, Thomas Nastase, and Andrea Manganaro (collectively, the "Plaintiffs"), and Defendant Godfather's Pizza, Inc. ("Godfather's Pizza"), by and through their respective counsel, and submit the following Joint Status Report, in accordance with the Court's Order entered on August 7, 2024 *(Doc. No. 58)*:

1.    The parties continue to discuss and work toward the production of certain information and documents for purposes of evaluating whether the parties wish to engage in settlement discussions and/or mediation.

2. On August 16, 2024, Godfather's Pizza served Supplemental Objections and Responses to Plaintiff Dylan Araujo's First Set of Requests for Production of Documents. *(See Doc. No. 59)*.

3. On August 19, 2024, Godfather's Pizza served its First Set of Interrogatories to Plaintiffs, First Set of Requests for Production of Documents to Plaintiffs, and First Set of Requests for Admissions to Plaintiffs (collectively, "Godfather's Pizza's First Set of Discovery Requests"). *(See Doc. No. 60)*.

4. Plaintiffs are in the process of responding to Godfather's Pizza's discovery requests, with their current deadline to respond being September 18, 2024.

5. Following service of Plaintiffs' responses to Godfather's Pizza's First Set of Discovery Requests, the parties believe they will be in a better position to evaluate whether they wish to engage in settlement discussions and/or mediation.

6. The parties are in agreement that the stay should continue.

Dated this 6th day of September, 2024.

*Jointly submitted by*:

WILLIAM FUELBERTH, ANTHONY ROBERT COOK, ETHAN BRADLEY BROWNELL, WILLIAM E. DONLAN, REBECCA HOLMES, SARA G. HOVORKA, CHRISTIAN RAMOS, JORDAN SCHNIDER, DYLAN THOMAS, HALEE WILLIAMS, AARON LYLE WILSON, NOAH DANIEL GRICE, BRAD MATHEWSON, DYLAN ARAUJO, BRIAN AVALOS, ALEX LELAND CAREY, LOUIS J. HACKER, RYAN LOYE, SAMUEL J. PETERSON, EDWARD ANTHONY WALBRECHT, T'CHALLA WAYNE BERG, MICHAEL ANTHONY MILLER, TAMARA SCHWID, JAMES DEAN SODERHOLM, CHRISTOPHER KOLLAR, GAGE MICHAEL KREEGER-COLLIER, AMBER BURBRIDGE, TRENEA STARKS, ANTHONY PALAZZOLA, SPENCER JONAS, CHRISTIAN KJELDGAARD, MELISSA SPEAR, JOEL PATTIE, GUY ROBERT BROWN II, BRANDON L. HOPKINS, COURTNEY JAMES SCHENK, TODD TAYLOR, THOMAS NASTASE, AND ANDREA MANGANARO, Plaintiffs

By:   /s/ Josh Sanford
      Josh Sanford (Ark. Bar No. 2001037)
      SANFORD LAW FIRM, PLLC
      Kirkpatrick Plaza
      10800 Financial Centre Pkwy, Suite 510
      Little Rock, Arkansas 72211
      Telephone: (800) 615-4946
      Facsimile: (888) 787-2040
      josh@sanfordlawfirm.com
      *Attorney for Plaintiffs*

*- and -*

GODFATHER'S PIZZA, INC., Defendant

By:   /s/ Sydney M. Huss
      Tara A. Stingley (#23243)
      Sydney M. Huss (#26581)
      CLINE WILLIAMS WRIGHT
      JOHNSON & OLDFATHER, L.L.P.
      Sterling Ridge
      12910 Pierce Street, Suite 200
      Omaha, NE 68144
      (402) 397-1700
      tstingley@clinewilliams.com
      shuss@clinewilliams.com
      *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Sydney M. Huss, hereby certify that on this 6th day of September, 2024, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to the following:

Josh Sanford
josh@sanfordlawfirm.com

                                        /s/ Sydney M. Huss