IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM FUELBERTH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GODFATHER'S PIZZA, INC.,<br><br>Defendant. | Case No. 8:22-cv-00195<br><br>NINTH JOINT STATUS REPORT |

COME NOW the Plaintiffs William Fuelberth, Anthony Robert Cook, Ethan Bradley Brownell, William E. Donlan, Rebecca Holmes, Sara G. Hovorka, Christian Ramos, Jordan Schnider, Dylan Thomas, Halee Williams, Aaron Lyle Wilson, Noah Daniel Grice, Brad Mathewson, Dylan Araujo, Brian Avalos, Alex Leland Carey, Louis J. Hacker, Ryan Loye, Samuel J. Peterson, Edward Anthony Walbrecht, T'Challa Wayne Berg, Michael Anthony Miller, Tamara Schwid, James Dean Soderholm, Christopher Kollar, Gage Michael Kreeger-Collier, Amber Burbridge, Trenea Starks, Anthony Palazzola, Spencer Jonas, Christian Kjeldgaard, Melissa Spear, Joel Pattie, Guy Robert Brown II, Brandon L. Hopkins, Courtney James Schenk, Todd Taylor, Thomas Nastase, and Andrea Manganaro (collectively, the "Plaintiffs"), and Defendant Godfather's Pizza, Inc. ("Godfather's Pizza"), by and through their respective counsel, and submit the following Joint Status Report, in accordance with the Court's Text Order entered on February 6, 2025 *(Doc. No. 71)*:

1. The parties continue to maintain an open line of communication regarding the exchange of provisional discovery and the potential for settlement discussions and/or mediation. The meet and confer process concerning Plaintiffs' written discovery responses and document production remains ongoing.

2. Plaintiffs' initial settlement demand, sent on December 12, 2024, remains under consideration by Godfather's Pizza.

3. Godfather's Pizza is in the process of gathering additional information to fully evaluate and respond to Plaintiffs' settlement demand and to determine whether Godfather's Pizza's prior discovery responses and document production should be supplemented.

4. Following Godfather's Pizza's review of Plaintiffs' settlement demand, the parties intend to further evaluate and discuss whether the parties wish to engage in settlement discussions and/or mediation, or whether Court intervention may be necessary to resolve any outstanding discovery issues.

5. In light of these ongoing discussions, the parties agree that the stay should remain in place at this time.

Dated this 7th day of March, 2025.

*Jointly submitted by*:

WILLIAM FUELBERTH, ANTHONY ROBERT COOK, ETHAN BRADLEY BROWNELL, WILLIAM E. DONLAN, REBECCA HOLMES, SARA G. HOVORKA, CHRISTIAN RAMOS, JORDAN SCHNIDER, DYLAN THOMAS, HALEE WILLIAMS, AARON LYLE WILSON, NOAH DANIEL GRICE, BRAD MATHEWSON, DYLAN ARAUJO, BRIAN AVALOS, ALEX LELAND CAREY, LOUIS J. HACKER, RYAN LOYE, SAMUEL J. PETERSON, EDWARD ANTHONY WALBRECHT, T'CHALLA WAYNE BERG, MICHAEL ANTHONY MILLER, TAMARA SCHWID, JAMES DEAN SODERHOLM, CHRISTOPHER KOLLAR, GAGE MICHAEL KREEGER-COLLIER, AMBER BURBRIDGE, TRENEA STARKS, ANTHONY PALAZZOLA, SPENCER JONAS, CHRISTIAN KJELDGAARD, MELISSA SPEAR, JOEL PATTIE, GUY ROBERT BROWN II, BRANDON L. HOPKINS, COURTNEY JAMES SCHENK, TODD TAYLOR, THOMAS NASTASE, AND ANDREA MANGANARO, Plaintiffs

By:   /s/*Josh Sanford*
       Josh Sanford (Ark. Bar No. 2001037)
       SANFORD LAW FIRM, PLLC
       Kirkpatrick Plaza
       10800 Financial Centre Pkwy, Suite 510
       Little Rock, Arkansas 72211

                    Telephone: (800) 615-4946
                    Facsimile: (888) 787-2040
                    josh@sanfordlawfirm.com
                    *Attorney for Plaintiffs*

*- and -*

GODFATHER'S PIZZA, INC., Defendant

By:    */s/ Tara A. Stingley*
        Tara A. Stingley (#23243)
        Sydney M. Huss (#26581)
        CLINE WILLIAMS WRIGHT
        JOHNSON & OLDFATHER, L.L.P.
        Sterling Ridge
        12910 Pierce Street, Suite 200
        Omaha, NE 68144
        (402) 397-1700
        tstingley@clinewilliams.com
        shuss@clinewilliams.com
        *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Josh Sanford, hereby certify that on this 7th day of March, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to the following:

    Tara A. Stingley, Esq.
    Sydney M. Huss, Esq.
    CLINE WILLIAMS WRIGHT
    JOHNSON & OLDFATHER, L.L.P.
    Sterling Ridge
    12910 Pierce Street, Suite 200
    Omaha, NE 68144
    tstingley@clinewilliams.com
    shuss@clinewilliams.com

                    */s/ Josh Sanford*