IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM FUELBERTH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>GODFATHER'S PIZZA, INC.,<br><br>Defendant. | Case No. 8:22-cv-00195<br><br>DEFENDANT'S NOTICE OF SERVING SUPPLEMENTAL DOCUMENT PRODUCTION TO PLAINTIFFS |

COMES NOW the Defendant Godfather's Pizza, Inc., pursuant to NECivR 34.1, and hereby provides notice to the Court and to Plaintiffs and that on March 28, 2025, it served Defendant's Supplemental Document Production by sending the same, via email, to the Plaintiffs, by and through their attorney of record, Josh Sanford at josh@sanfordlawfirm.com, and to counsel Sean Short at sean@sanfordlawfirm.com.

Dated this 28th day of March, 2025.

GODFATHER'S PIZZA, INC., Defendant

By:   s/ Tara A. Stingley
Tara A. Stingley (#23243)
Sydney M. Huss (#26581)
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
Sterling Ridge
12910 Pierce Street, Suite 200
Omaha, NE 68144
(402) 397-1700
tstingley@clinewilliams.com
shuss@clinewilliams.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

  I, Tara A. Stingley, hereby certify that on March 28, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court using the CM/ECF system, which sent notification of such filing to the following:

  Josh Sanford
  josh@sanfordlawfirm.com
  *Attorney for Plaintiff*

                s/ Tara A. Stingley