IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM FUELBERTH, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>GODFATHER'S PIZZA, INC.,<br><br>    Defendant. | Case No. 8:22-cv-00195<br><br>NOTICE OF APPEARANCE |

### NOTICE OF APPEARANCE—SEAN SHORT

COMES NOW Attorney Sean Short of Sanford Law Firm, PLLC, and he does hereby enter his appearance on behalf of Plaintiffs. Mr. Short certifies that he is a member in good standing of the Bar of the District of Nebraska and is a registered CM/ECF filer. Mr. Short will serve as counsel along with Plaintiffs' other attorneys.

Respectfully submitted,

**ATTORNEY SEAN SHORT**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

/s/ Sean Short
Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

**CERTIFICATE OF SERVICE**

      I, Sean Short, hereby certify that on this 21st day of May, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to the following:

    Tara A. Stingley
    Sydney M. Huss
    CLINE WILLIAMS WRIGHT
    JOHNSON & OLDFATHER, L.L.P.
    tstingley@clinewilliams.com
    shuss@clinewilliams.com

                                                                          */s/ Sean Short*
                                                                           **Sean Short**