IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM FUELBERTH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GODFATHER'S PIZZA, INC.,<br><br>Defendant. | 8:22CV195<br><br>JUDGMENT |

On the terms stated in the accompanying Memorandum and Order entered today (Filing No. 91), this case is dismissed with prejudice.

Dated this 21st day of August 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge